43. Defendants' breaches, as alleged herein, were committed with willful and wanton disregard for whether or not Plaintiffs or others similarly situated would actually receive a home loan that would provide the accurate material disclosures.

44. Upon information and belief and at all times relevant, Defendants possessed full knowledge and information concerning the above facts about these loans, and otherwise sold these loans throughout the United States, including the State of California.

45. Defendants' placing of its corporate and/or individual profits over the rights of others is particularly vile, base, contemptible, and wretched and said acts and/or omissions were performed on the part of officers, directors, and/or managing agents of each corporate defendant and/or taken with the advance knowledge of the officers, directors, and/or managing agents who authorized and/or ratified said acts and/or omissions. Defendants thereby acted with malice and complete indifference to and/or conscious disregard for the rights and safety of others, including Plaintiff and the General Public.

46. In addition, during the loan application process, Countrywide falsified Plaintiff's income despite the fact that Plaintiff corrected it and despite the fact that Plaintiff indicated that such an exaggerated income could not be supported by tax returns.

47. At all times relevant, Defendants' conduct, as alleged herein, was malicious, oppressive, and/or fraudulent.

48. As a result of Defendants' conduct, Plaintiffs suffered harm. Plaintiffs also incurred additional finance charges to the principal loan balance.

49. WHEREFORE, Plaintiffs are entitled to declaratory relief, all damages proximately caused by Defendants' breach of the implied covenant of good faith and fair dealing as alleged herein, punitive damages, pre-judgment interest, costs of suit and other relief as the Court deems just and proper.

**FOURTH CAUSE OF ACTION AGAINST ALL DEFENDANTS**

**(Unfair Debt Collection Practices)**

50. Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

51. Plaintiff is informed and believes and thereupon alleges that the Defendants, and each of them, in taking the actions aforementioned, have violated provisions of California's Rosenthal Fair Debtor Collection Practices Act, including but not limited to Civil Code § 1788 (e) and (f).

52. As a result thereof, Plaintiff has been damaged in having to bring this action to enjoin the threatened non-judicial foreclosure of the subject real property, and has had to and will have to incur attorney's fees to stop the wrongful acts of the Defendants, and each of them.

**FIFTH CAUSE OF ACTION AGAINST ALL DEFENDANTS**

**(Rescission In Equity)**

53. Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

54. Based on the above-referenced facts, the subject loan transaction is voidable.

55. The subject loan transaction is unlawful for causes which do not appear in its terms or conditions, and the parties are not equally at fault, pursuant to California Civil Code § 1689(b)(5)

56. The public interest will be prejudiced by permitting the subject loan transaction to stand, pursuant to California Civil Code § 1689(b)(6)

57. Plaintiffs can offer a loan modification proposal to Defendants as a substitute tender and an offer to do equity.

58. Due to the current economic recession, restoration or offer to restore is not essential.

59. Plaintiff should be able to rescind this loan under the Truth In Lending Act, but in the event TILA rescission is not granted, Plaintiffs pray for rescission in equity. .

**SIXTH CAUSE OF ACTION AGAINST ALL DEFENDANTS**

**(Fraud )**

60. Plaintiffs incorporate all preceding paragraphs as though fully set forth herein.

61. Plaintiffs are informed and believe and thereupon allege that the Defendant Countrywide, through its representative, committed fraud on Plaintiffs in the following manner:

62. Countrywide represented to Plaintiffs that it needed to have accurate income information to support the loan.

63. Plaintiffs reasonably relied and submitted the appropriate and correct income information which was supported by their tax returns. When Plaintiffs received the typed up application, they alerted Countrywide there was a mistake in the "based income" because it had been typed up at $70,000.00 but Plaintiffs had hand written it as $25,000.00.

64. Countrywide represented to Plaintiffs "not to worry about it" and that the $70,000.00 income did not really matter and that it was just something that was needed to process the loan through the loan department.

65. Plaintiffs reasonably relied on Countrywide's representations that the inflated $70,000.00 income information did not really matter and was just needed to complete and transaction and process the loan through the loan department as set forth by the representative. Plaintiff's reliance was reasonable because the Countrywide representative was an expert in loans and stood in a confidential relationship with Plaintiffs such that it was logical to defer to his experience, expertise, and recommendations. Had Plaintiffs known this false information was the only way they would have gotten the loan, and that they would not be able to afford to pay the loan during its term because their income was insufficient, they would have either elected to finance the home on different terms, or would have financed the home with a different lender.

66. Countrywide knew its representations were false, and knew that this false loan information did matter because Plaintiffs would not otherwise be able to obtain the loan. However, Countrywide did not tell Plaintiffs and instead knew Plaintiffs would rely on its misrepresentations, and Plaintiffs did rely on the misrepresentations to their detriment. The loan was only issued because of Plaintiffs' false and inflated income.

67. As a result thereof, Plaintiffs have been damaged in having to bring this action will have to incur attorney's fees to stop the wrongful acts of the Defendants, and each of them.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against each Defendant, jointly and severally, as follows:

A. For actual damages according to proof;

B. For compensatory damages as permitted by law;

C. For consequential damages as permitted by law;

D. For statutory damages as permitted by law;

E. For punitive damages as permitted by law;

F. For rescission;

G. For equitable relief, including restitution;

H. For restitutionary disgorgement of all profits Defendants obtained as a result of their unfair competition;

I. For interest as permitted by law;

J. For Declaratory Relief;

K. For reasonable attorneys' fees and costs;

L. For such other relief as is just and proper.

Dated: July 13, 2010

By: ______________________

Joseph R. Manning, Jr.
Law Offices of Joseph R. Manning, Jr.
A PROFESSIONAL CORPORATION
Attorneys for Plaintiffs

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* JOSEPH R. MANNING JR. ESQ. SBN 223381<br>LAW OFFICES OF J. R. MANNING JR.<br>450 NEWPORT CENTER DRIVE SUITE 200<br>NEWPORT BEACH, CA. 92660<br>TELEPHONE NO.: (949) 285-4532 FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* PLAINTIFF | FOR COURT USE ONLY<br>FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br>AUG 24 2010<br>ALAN CARLSON, Clerk of the Court<br>BY S. HERRERA-WILSON |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE<br>STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SANTA ANA, CA. 92701<br>BRANCH NAME: CENTRAL JUSTICE CENTER | |
| **PLAINTIFF/PETITIONER:** HAROLD H. CROOKES et al<br>**DEFENDANT/RESPONDENT:** COUNTRYWIDE HOME LOANS, INC. a business organization form unknown et al | CASE NUMBER:<br>30-2010-00363962 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [ ] summons
   b. [ ] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUCTIVE RELIEF AND DEMAND FOR JURY TRIAL.
3. a. Party served *(specify name of party as shown on documents served):* BANK OF AMERICA, a business organization form unknown
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):* NICOLE ROSAS (BRANCH MANAGER)
4. Address where the party was served: 26660 PORTOLA PKWAY FOOTHILL RANCH CA. 92610
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 08/20/2010 (2) at *(time):* 12:20PM
   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):* or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: HAROLD H. CROOKES et al | CASE NUMBER: 30-2010-00363962 |
|---|---|
| DEFENDANT/RESPONDENT: COUNTRYWIDE HOME LOANS, INC. a busines | |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

(4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. [ ] as an individual defendant.

b. [ ] as the person sued under the fictitious name of *(specify):*

c. [ ] as occupant.

d. [X] On behalf of *(specify):* BANK OF AMERICA, a business organization form unknown under the following Code of Civil Procedure section:

[ ] 416.10 (corporation)
[ ] 416.20 (defunct corporation)
[ ] 416.30 (joint stock company/association)
[ ] 416.40 (association or partnership)
[ ] 416.50 (public entity)
[X] 415.95 (business organization, form unknown)
[ ] 416.60 (minor)
[ ] 416.70 (ward or conservatee)
[ ] 416.90 (authorized person)
[ ] 415.46 (occupant)
[ ] other:

7. **Person who served papers**

a. Name: LEON R. ACHUCARRO

b. Address: 558 SOUTH HARBOR BLVD., ANAHEIM CA. 92805

c. Telephone number: (949) 305-9108

d. **The fee** for service was: $ 69.00

e. I am:

(1) [ ] not a registered California process server.

(2) [ ] exempt from registration under Business and Professions Code section 22350(b).

(3) [X] registered California process server:

(i) [X] owner [ ] employee [ ] independent contractor.

(ii) Registration No.: 971

(iii) County: ORANGE

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 08/23/2010

LEON R. ACHUCARRO
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar number, and address*):
JOSEPH R. MANNING JR. ESQ. SBN 223381
LAW OFFICES OF J. R. MANNING JR.
450 NEWPORT CENTER DRIVE SUITE 200
NEWPORT BEACH, CA. 92660

TELEPHONE NO.: (949) 285-4532 FAX NO. (*Optional*):
E-MAIL ADDRESS (*Optional*):
ATTORNEY FOR (*Name*): PLAINTIFF

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

AUG 24 2010

ALAN CARLSON, Clerk of the Court
BY S. HERRERA-WILSON

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CA. 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF/PETITIONER: HAROLD H. CROOKES et al

DEFENDANT/RESPONDENT: COUNTRYWIDE HOME LOANS, INC. a business organization form unknown et al

CASE NUMBER: 30-2010-00363962

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [ ] summons
   b. [ ] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUCTIVE RELIEF AND DEMAND FOR JURY TRIAL.
3. a. Party served *(specify name of party as shown on documents served)*: COUNTRYWIDE HOME LOANS, INC. a business organization form unknown
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   NICOLE ROSAS (BRANCH MANAGER)
4. Address where the party was served: 26660 PORTOLA PKWAY FOOTHILL RANCH CA. 92610
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 08/20/2010 (2) at *(time)*: 12:20PM
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: HAROLD H. CROOKES et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COUNTRYWIDE HOME LOANS, INC. a busines | 30-2010-00363962 |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (*date*): (2) from (*city*):

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (*Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** (*specify means of service and authorizing code section*):

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of (*specify*):
   c. [ ] as occupant.
   d. [X] On behalf of (*specify*): COUNTRYWIDE HOME LOANS, INC. a business organization form unknown
   under the following Code of Civil Procedure section:
   - [ ] 416.10 (corporation)
   - [ ] 416.20 (defunct corporation)
   - [ ] 416.30 (joint stock company/association)
   - [ ] 416.40 (association or partnership)
   - [ ] 416.50 (public entity)
   - [X] 415.95 (business organization, form unknown)
   - [ ] 416.60 (minor)
   - [ ] 416.70 (ward or conservatee)
   - [ ] 416.90 (authorized person)
   - [ ] 415.46 (occupant)
   - [ ] other:

7. **Person who served papers**
   a. Name: LEON R. ACHUCARRO
   b. Address: 558 SOUTH HARBOR BLVD., ANAHEIM CA. 92805
   c. Telephone number: (949) 305-9108
   d. **The fee** for service was: $ 69.00
   e. I am:
   (1) [ ] not a registered California process server.
   (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [X] registered California process server:
   (i) [X] owner [ ] employee [ ] independent contractor.
   (ii) Registration No.: 971
   (iii) County: ORANGE

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 08/23/2010

LEON R. ACHUCARRO
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

# EXHIBIT B



Stuart W. Price (Cal. Bar No. 125918)
Jesse E.M. Randolph (Cal. Bar No. 221060)
**BRYAN CAVE LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.;
BANK OF AMERICA, N.A. (erroneously sued as "Bank of America")

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF ORANGE**

HAROLD H. CROOKES AND ANDREA J. MOLINE-CROOKES, CO-TRUSTEES OF THE CROOKES 1999 TRUST, ESTABLISHED NOVEMBER 1, 1999,

Plaintiffs,

vs.

COUNTRYWIDE HOME LOANS, INC. a business organization form unknown, BANK OF AMERICA, a business organization form unknown; and Does 1 to 25,

Defendants.

Case No. 30-2010-00363962

Judge Francisco F. Firmat
Department C15

Unlimited

**NOTICE TO ADVERSE PARTIES AND STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

Complaint Filed: April 16, 2010
FAC Filed: July 14, 2010
Trial Date: None Set

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1446(d), Defendants Countrywide Home Loans, Inc. and Bank of America, N.A. (erroneously sued as "Bank of America") have filed a Notice of Removal with the United States District Court for the Central District of California (Southern Division), for the purpose of removing this action to federal court. A copy of the Notice of Removal is attached as "Exhibit 1" (without Exhibits).

Pursuant to 28 U.S.C. § 1446(d), this Court may proceed no further unless and until the case is remanded.

Dated: September 30, 2010

**BRYAN CAVE LLP**
Stuart W. Price
Jesse E.M. Randolph

By: ______________________
Jesse E.M. Randolph
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A. (erroneously sued as "Bank of America")

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

# EXHIBIT 1

Stuart W. Price (Cal. Bar No. 125918)
Jesse E.M. Randolph (Cal. Bar No. 221060)
**BRYAN CAVE LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.;
BANK OF AMERICA, N.A. (erroneously sued as "Bank of America")

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| HAROLD H. CROOKES AND ANDREA J. MOLINE-CROOKES, CO-TRUSTEES OF THE CROOKES 1999 TRUST, ESTABLISHED NOVEMBER 1, 1999,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC. a business organization form unknown, BANK OF AMERICA, a business organization form unknown; and Does 1 to 25,<br><br>Defendants. | Case No.<br><br>[Orange County Superior Court Case No. 30-2010-00363962]<br><br>**DEFENDANTS' NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1331 AND 1441(a),(b), (c) (FEDERAL QUESTION)**<br><br>Complaint Filed: April 16, 2010<br>FAC Filed: July 14, 2010<br>Trial Date: Not Assigned |

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that Defendants Countrywide Home Loans, Inc. ("CHL") and Bank of America, N.A. (erroneously sued as "Bank of America") ("BANA") (collectively, "Defendants") remove to this Court the action described below from the Superior Court of the State of California for the County of Orange to the United States District Court for the Central District of California:

## I. BACKGROUND

1. Plaintiffs Harold H. Crookes and Andrea J. Moline-Crookes, Co-Trustees of the Crookes 1999 Trust Established November 1, 1999 ("Plaintiffs") filed an action in the Superior Court of the State of California, County of Orange, entitled *Harold H. Crookes and Andrea J. Moline-Crookes, Co-Trustees of the Crookes 1999 Trust Established November 1, 1999 v. Countrywide Home Loans, Inc., et al.*, Case No. 30-2010-00363962, on April 16, 2010. Prior to serving their original complaint, Plaintiffs filed a First Amended Complaint on July 14, 2010 (the "State Court Action").

2. Plaintiffs filed proofs of service in the State Court Action on August, 24, 2010, in which Plaintiffs claimed to have served Defendants with the First Amended Complaint, and Summonses pertaining thereto, on August 20, 2010.

3. In fact, as reflected in the proofs of service, service was attempted on a branch manager at a Bank of America branch in Foothill Ranch, California on the date indicated. This was not proper service on either BANA or CHL, both of which have duly-authorized agents for service of process, and therefore did not trigger Defendants' 30-day deadline to remove the action this Court. *See, e.g., Spielman v. Standard Ins. Co.*, 932 F. Supp. 246, 248 (N.D. Cal. 1996).

4. Having never been properly served, Defendants did not actually become aware of the State Court Action until August 31, 2010, the date on which the First Amended Complaint and Summonses were received by BANA's Legal

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

Department in San Francisco, California. This notice is being filed within thirty days of such receipt.

## II. BASIS FOR REMOVAL

5. This Court has original jurisdiction over the State Court Action under 28 U.S.C. § 1331, and the State Court Action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 (a) and (b), as it involves allegations that directly implicate federal law, namely, the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 *et seq.*, and the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2605. (FAC ¶¶ 17, 30, 31, 59.)

6. This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1441(c). *See* 28 U.S.C. § 1367; *see also City of Chicago v. International College of Surgeons*, 118 S. Ct. 523 (1997).

## III. PROCEDURAL COMPLIANCE

7. This Notice of Removal is timely filed in that it is being filed within thirty days of the date of Defendants' receipt of the First Amended Complaint and Summonses, in compliance with 28 U.S.C. § 1446(b) and Rule 6 of the Federal Rules of Civil Procedure.

8. The State Court Action was pending before the Superior Court for the County of Orange. Because this Court is the United States District Court for the district and division embracing the place were the original action was filed, it is the appropriate Court for removal under 28 U.S.C. § 1446.

9. Pursuant to 28 U.S.C. § 1446(a), attached as Exhibit A are copies of "all process, pleadings, and orders served upon" Defendants.

10. A copy of this Notice of Removal is being served on all adverse parties and filed with the clerk of the state court pursuant to 28 U.S.C. § 1446(d). A copy of the notice to all adverse parties and the state court is attached (without exhibits) as Exhibit B.

///

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

## IV. CONCLUSION

13. Wherefore, Defendants respectfully request that the above State Court Action be removed from the state court in which it was filed to the United States District Court in and for the Central District of California, and requests further that this Court issue all necessary orders and process and grant such other and further relief as in law and justice that Defendants may be entitled to receive.

Dated: September 30, 2010

**BRYAN CAVE LLP**
Stuart W. Price
Jesse E.M. Randolph

By: ______________________
Jesse E.M. Randolph
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.;
BANK OF AMERICA, N.A. (erroneously sued as "Bank of America")

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88
**BOA / CROOKES**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414. My email address is: cindy.kuno@bryancave.com.

On September 30, 2010, I served the following document(s) described as:

**NOTICE TO ADVERSE PARTIES AND STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Joseph R. Manning, Jr., Esq.<br>Law Offices of Joseph R. Manning, Jr., APC<br>450 Newport Center Drive, Suite 200<br>Newport Beach, CA 92660 | ***Attorneys for Plaintiffs Harold H. Crookes and Andrea J. Moline-Crookes, Co-Trustees of The Crookes 1999 Trust, Established November 1, 1999***<br>Phone: (949) 296-2377<br>Fax: (866) 843-8308<br>E-mail: manningjr.@aol.com |

[☒] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[☒] STATE - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 30, 2010, at Irvine, California.

Cynthia L. Kuno

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88
**BOA / CROOKES**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414. My email address is: cindy.kuno@bryancave.com.

On September 30, 2010, I served the following document(s) described as:

**DEFENDANTS' NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1331 AND 1441(a), (b), (c) (FEDERAL QUESTION)**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Joseph R. Manning, Jr., Esq.
Law Offices of Joseph R. Manning, Jr., APC
450 Newport Center Drive, Suite 200
Newport Beach, CA 92660

***Attorneys for Plaintiffs Harold H. Crookes and Andrea J. Moline-Crookes, Co-Trustees of The Crookes 1999 Trust, Established November 1, 1999***
Phone: (949) 296-2377
Fax: (866) 843-8308
E-mail: manningjr.@aol.com

[☒] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[☒] STATE - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 30, 2010, at Irvine, California.

Cynthia L. Kuno

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
HAROLD H. CROOKES AND ANDREA J. MOLINE-CROOKES, CO-TRUSTEES OF THE CROOKES 1999 TRUST, ESTABLISHED NOVEMBER 1, 1999,

**DEFENDANTS**
COUNTRYWIDE HOME LOANS, INC. a business organization form unknown, BANK OF AMERICA, a business organization form unknown; and Does 1 to 25,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Joseph R. Manning, Jr.
Law Offices of Joseph R. Manning, Jr. APC
450 Newport Center Dr., Ste. 200, Newport Beach, CA 92660 (949) 296-2377

Attorneys (If Known)
Stuart W. Price (Cal. Bar No. 125918)
Jesse E.M. Randolph (Cal. Bar No. 221060)
BRYAN CAVE LLP
3161 Michelson Drive, Suite 1500, Irvine, CA 92612 (949) 223-7000

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding ☑ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☐ **MONEY DEMANDED IN COMPLAINT: $**________

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Alleged violations of the federal Real Estate Settlement Procedures Act and Federal Truth-in-Lending Act

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
☐ 370 Other Fraud
☑ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

SACV10-1475 AG(VBKx)

**FOR OFFICE USE ONLY:** Case Number: ________

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, State of California | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County, State of California | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, State of California | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): [signature] **Date** September 30, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88
**BOA / CROOKES**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414. My email address is: cindy.kuno@bryancave.com.

On September 30, 2010, I served the following document(s) described as:

**CIVIL COVER SHEET**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Joseph R. Manning, Jr., Esq.
Law Offices of Joseph R. Manning, Jr., APC
450 Newport Center Drive, Suite 200
Newport Beach, CA 92660

***Attorneys for Plaintiffs Harold H. Crookes and Andrea J. Moline-Crookes, Co-Trustees of The Crookes 1999 Trust, Established November 1, 1999***
Phone: (949) 296-2377
Fax: (866) 843-8308
E-mail: manningjr.@aol.com

[☒] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[☒] STATE - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 30, 2010, at Irvine, California.

Cynthia L. Kuno

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

SACV10-1475 AG (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] Western Division
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[X] Southern Division
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] Eastern Division
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.