# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| HAROLD R. CROOKES, an individual, and HAROLD R. CROOKES and ANDREA J. MOLINE-CROOKES, Co-Trustees of The Crookes 1999 Trust, Established November 1, 1999,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., and BANK OF AMERICA, N.A.,<br><br>Defendants. | Case No.  SACV10-1475 AG (VBKx)<br><br>Assigned to Judge Andrew Guilford<br><br>**ORDER OF DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>Courtroom:  10D |

Pursuant to the Joint Motion of the parties for dismissal of the entire action, without prejudice, and for good cause, the Court hereby orders as follows:

1. The entire action is hereby dismissed, without prejudice; and
2. Both sides waive their respective costs.

IT IS SO ORDERED.

Dated: April 05, 2011

By: _____
Judge of the District Court

ORDER OF DISMISSAL